```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ERIC BREWER, : 06 Civ. 10209 (SHS) (MHD)

                Petitioner, :

    -against- : ORDER

WILLIAM LAPE, Superintendent, Marcy :
Correctional Facility,
                                           :

                Respondent.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        In a Report and Recommendation dated June 11, 2010, Magistrate Judge Michael H. Dolinger recommended that the petition for a writ of *habeas corpus* be denied and the petition be dismissed. To date, no objections have been received from petitioner. Accordingly, after a *de novo* review of the June 11, 2010 Report and Recommendation,

        IT IS HEREBY ORDERED that:

        1.     Magistrate Judge Dolinger's "Report and Recommendation" is adopted;

        2.     The petition for a writ of *habeas corpus* is denied, and the petition is dismissed;

        3.     As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see also Richardson v. Greene, 497 F.3d 212, 217 (2d Cir. 2007); and

5.   Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
September 13, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.